■ In the Matter of VALENTE EQUIPMENT LEASING CORP., Petitioner, v RAYMOND P. MARTINEZ, Respondent. [798 NYS2d 86]—

Proceeding pursuant to CPLR article 78 to review a determination of the New York State Department of Motor Vehicles, Appeals Board, dated February 18, 2003, affirming a finding of an Administrative Law Judge dated January 16, 2002, which, after a hearing, found that the petitioner violated New York City Traffic Rules and Regulations (34 RCNY) § 4-15 (b) (9) and (10) and Vehicle and Traffic Law § 401 (7) (F) (b), and imposed a penalty.

Adjudged that the determination is confirmed, the petition is denied, and the proceeding is dismissed on the merits, with costs.

The stop of the petitioner's truck, which occurred at a checkpoint and pursuant to a nondiscriminatory pattern of selection by the officer weighing the vehicles, was constitutional (*see Matter of Mt. Hope Trucking Co., Inc. v Martinez,* 12 AD3d 514 [2004]; *Matter of City Hawk Indus. v Martinez,* 2 AD3d 635 [2003]).

Since administrative proceedings are not governed by the service requirements of the CPLR, service of the summonses upon the vehicle's driver was sufficient to confer personal jurisdiction over the petitioner (*see Matter of JPR Constr. Corp. v Martinez,* 11 AD3d 543 [2004]; *Matter of IESI NY Corp. v Martinez,* 8 AD3d 667, 668 [2004]; *Matter of Sureway Towing, Inc. v Martinez,* 8 AD3d 490 [2004]).

The testimony of the traffic enforcement agent who issued the summonses regarding the location of the weighing site and his training, accompanied by certificates establishing the ac-

curacy of the devices he used in weighing the petitioner's vehicle, provided a sufficient basis for the finding of the Administrative Law Judge (*see Matter of Metro Demolition Contr. Corp. v Martinez,* 12 AD3d 513 [2004]; *Matter of Omni Waste Servs., Inc. v Martinez,* 11 AD3d 696 [2004]; *Matter of Clinton Ave. Constr. Corp. v Martinez,* 8 AD3d 273, 273-274 [2004]).

The petitioner's remaining contentions are either unpreserved for judicial review or without merit. Goldstein, J.P., Luciano, Crane and Spolzino, JJ., concur.